```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      GAINESVILLE DIVISION
```

IN RE:                                   CASE NO. 08-10221-GVL1
                                         CHAPTER 13
HARRY M. SANDBERG


_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: COMMONWEALTH FINANCIAL SYSTEMS which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421094 in the amount of 856.68 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                OFFICE OF THE CHAPTER 13 TRUSTEE
                                POST OFFICE BOX 646
                                TALLAHASSEE, FL 32302
                                ldhecf@earthlink.net
                                (850) 681-2734 "Telephone"
                                (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| HARRY M. SANDBERG | COMMONWEALTH FINANCIAL SYSTEMS |
| 2600 SW WILLISTON RD # 1223 | 120 N KEYSER AVE |
| GAINESVILLE, FL 32608 | SCRANTON, PA 18504 |

AND

BARBARA A. CUSUMANO, ESQUIRE
4040 WEST NEWBERRY ROAD
SUITE 1500
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
9/29/2011  1:56 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```