UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  CASE NO.: 08-10221-KKS
Harry M. Sandberg
aka Harry M. Sandberg
aka Mikael H. Sandberg
Debtor.
_____/

**NOTICE OF CHANGE OF ADDRESS**

Commonwealth Financial Systems, Inc., creditor in this cause hereby gives notice that all future payments and correspondences to the creditor for the Court claim number 7 should be sent to the following address:

OLD ADDRESS:
Commonwealth Financial Systems, Inc
120 N. Keyser Avenue
Scranton, PA 18504

NEW ADDRESS:
Commonwealth Financial Systems, Inc
245 Main Street
Dickson City, PA 18519

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or by U.S. Mail, this _27_ day of June 2013 to: Harry Sandberg, 2600 S.W. Williston Rd, #1223, Gainesville, FL 32608, Barbara A. Cusumano, 4040 West Newberry Road, Suite 1500, Gainesville, FL 32607, Leigh D. Hart, P.O. Box 646, Tallahassee, FL 32302, Assistant US Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301.

Hiday & Ricke, P.A.

By: **/s/ Jeffrey R. Becker**
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769 Fax: (904) 363-0538
Email: litigation@hidayricke.com
Florida Bar No.: 0792977
File # 201301676