UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

HARRY M. SANDBERG,

Case No. 08-10221-KKS
Chapter 13

Debtor(s)  /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by Commonwealth Financial Systems, Inc., for unclaimed funds held in the registry of the Court (Docket #91), it is

ORDERED that the funds held in the registry of the Court in the amount of $11,601.50 be disbursed to Commonwealth Financial Systems, Inc., c/o Jeffrey R. Becker, Esq., Hiday & Ricke, P.A., P.O. Box 550858, Jacksonville, FL 32255.

**DONE and ORDERED** at Tallahassee, Florida, on July 22, 2013.

KAREN K. SPECIE
U.S. Bankruptcy Judge